MORRIS v. UNITED STATES.

(Circuit Court, S. D. New York.   June 5, 1903.)

No. 3,182.

CUSTOMS DUTIES—CLASSIFICATION—STEEL PLATES—FORM OR SHAPE OF STEEL.
    A so-called steel table, engraved, weighing nearly six tons, measuring
    12 feet by 4 feet by 6 inches, and mounted like a table top on a frame,
    *held* to be within the provision in Tariff Act July 24, 1897, c. 11, § 1, Sched-
    ule C, par. 135, 30 Stat. 161 [U. S. Comp. St. 1901, p. 1638], for "plates and
    steel in all forms and shapes."

On Application for Review of a Decision of the Board of United
States General Appraisers.

The decision below affirmed the assessment of duty by the collector
of customs at the port of New York on merchandise imported by
Theodore W. Morris & Co.   Note G. A. 4,650 (T. D. 21,975); U. S.
v. Binney, 82 Fed. 992, 27 C. C. A. 347; Buehne v. U. S. (C. C.) 140
Fed. 772.

The article in controversy consisted of a so-called steel table, engraved,
measuring about 12 feet by 4 feet by 6 inches, weighing 11,816 pounds, and
mounted like a table top on a frame which is moved on wheels.   It is used in
the manufacture of plate glass to straighten the plates after being rolled; the
engraved design being imparted to the glass during the process.   The Board
affirmed the action of the collector in classifying the merchandise as a manu-
facture of metal under paragraph 193, Schedule C, § 1, Tariff Act July 24,
1897, c. 11, 30 Stat. 167 (U. S. Comp. St. 1901, p. 1645), against the importers'
contention that it should have been classified   under the provision in para-
graph 135, Schedule C. § 1, c. 11, 30 Stat. 161 (U. S. Comp. St. 1901, p. 1638),
for "plates and steel in all forms and shapes not specially provided for."

Jacob Fromme, for the importers.
D. F. Lloyd, Asst. U. S. Atty.

HAZEL, District Judge.   The decision of the Board of General
Appraisers is reversed.